UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERNESTO J. HOLMES,

      Plaintiff,

v.                              Case No. 6:05-cv-1471-Orl-22DAB

JOHN E. POLK CORRECTIONAL FACILITY,

      Defendant.

## **ORDER**

To continue the prosecution of this case, Plaintiff must complete each of the enclosed forms

FOR EACH DEFENDANT:

    A.    Notice of Lawsuit and Request for Waiver of Service of Summons

           Plaintiff shall complete blanks A-F on the Notice of Lawsuit and Request for Waiver of Service of Summons Form. Plaintiff should write in "30" in Blank F. **PLAINTIFF MUST SIGN THE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS FORM.** Plaintiff should not fill in the date in the line that reads: "I affirm that this request is being sent to you on behalf of the plaintiff, this ___ day of _____."

           Plaintiff must return the original and one copy of the completed Notice of Lawsuit and Request for Waiver of Service of Summons.

    B.    Waiver of Service of Summons

           Plaintiff shall write his name in the top blank of the form. Plaintiff must return the original and one copy of the completed Waiver of Service of Summons.

    C. and D.    Summons and Marshal's forms (Form 285)

>Plaintiff is required to fill in the name(s) and address(es) of Defendant(s) in the appropriate spaces on the summons and marshal's forms. Plaintiff shall fill in "20" as the number of days allowed to answer.  PLAINTIFF MUST SIGN THE 285 FORMS.

The Clerk's Office is directed to provide to Plaintiff, along with this Order, the forms described above. Plaintiff must then mail the completed forms to the Clerk's Office. The completed forms must be returned to the Clerk's Office within **TWENTY (20) DAYS** from the date of this Order. Failure to return the completed forms within this time period will result in dismissal for failure to prosecute, without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 17th day of November, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 11/17
Ernesto J. Holmes