UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERNESTO J. HOLMES,

        Plaintiff,

v.                                Case No.  6:05-cv-1471-Orl-22DAB

DONALD ESLINGER,
*in his official capacity as Sheriff of Seminole County, Florida*

        Defendant.
_____

**ORDER**

Defendant has filed a Motion to Dismiss (Doc. No. 26, filed June 20, 2006).  Since Plaintiff is appearing *pro se*, he is advised out of an abundance of caution[1] that the granting of this motion would represent a final adjudication of this case, which may foreclose subsequent litigation on the matter.

Accordingly, Plaintiff shall have **TWENTY (20) DAYS** from the date of this order to file an opposition to the motion to dismiss.  Thereafter, the motion will be taken under advisement by the Court and an order entered thereon without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 23rdday of June, 2006.

                                      *David A. Baker*
                                      DAVID A. BAKER
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

---

[1] *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985) wherein the Court expressed concern about *pro se* litigants in Summary Judgment cases.

pslc 6/23
Counsel of Record
Ernesto J. Holmes